# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| S.H., as Guardian of M.S. (a minor) and Individually, ) | Case Number: 2:22-cv-243-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Board of Trustees of the Colleton County School District, Colleton County School District, Colleton County Middle School, Lauren Behie – Principal Colleton County Middle School, Sharon Witkin – Chairperson of the Board of Trustees of the Colleton County School District, Charles Murdaugh – Vice Chairperson of the Board of Trustees of the Colleton County School District, Vallerie Cave – Superintendent of the Colleton County School District, Deanna Parish – Director of Special Services of Colleton County School District, Jacinta Bryant – Director of Special Services of Colleton County School District, and Does 1 – 20, ) | **MOTION TO EXTEND MEDIATION DEADLINE** |
| Defendants. ) | |

    This matter comes before the Court with the consent of all parties, requesting that the ADR/Mediation Deadline be extended. Defendants are requesting for an extension of time to mediate this matter to allow both Plaintiff and Defendants sufficient time to take the depositions of each parties expert witnesses. Additionally, it will provide Defendants' attorney with ample time to submit a complete pre-mediation report to the insurer thereby facilitating the possibility of a successful mediation.

We so move and consent:

**O'Shea Law Firm, LLC**

<u>*s/ Christopher J. McCool*</u>
Christopher J. McCool (Fed. ID: 5747)
Brooklyn A. O'Shea (Fed. ID: 12681)
1120 Folly Road
Charleston, SC 29412
843-805-4943
chris@oshealaw.com
brooklyn@oshealaw.com

Attorneys for Plaintiff


**McLeod Fraser & Cone, LLC**

<u>*s/ Peden Brown McLeod, Jr.*</u>
Peden Brown McLeod, Jr. (Fed. ID: 10023)
Post Office Drawer 230
111 East Washington Street
Walterboro, SC 29488
843-549-2516
brownmcleod@mcflawfirm.com

Attorneys for Defendants

April 16, 2024